NICHOLSON, COUNTY AUDITOR, v. McCLINTOCK.

[No. 12,619.  Filed February 18, 1927.]

From Washington Circuit Court; *James L. Tucker*, Judge.

Suit by Charles McClintock to enjoin Will J. Nicholson, auditor of Washington county, from placing on the tax duplicate an assessment of plaintiff's property ordered by the State Board of Tax Commissioners.  From a judgment for the plaintiff, the defendant appeals.  *Reversed.*  By the court in banc.

*Wilbur W. Hottel* and *Willis C. Nusbaum*, for appellant.
*Elliott & Houston*, for appellee.

NICHOLS, J.—On the statement of parties that the records in this case and in the case of *Nicholson, Auditor,* v. *Chamberlain* (1927), *ante* 615, are substantially alike as to pleadings, evidence and rulings, and on their statement that the decisions should be the same, this cause is reversed on the authority of the Chamberlain case.

Dausman, J., absent.